IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN ORTIZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION |
| ) | |
| v. ) | No. 1:13-cv-1176-LPS |
| ) | |
| ) | |
| PERRY PHELPS, Commissioner, ) | |
| Delaware Department of Corrections; and ) | |
| DANA METZGER, Warden, James T. ) | |
| Vaughn Correctional Center ) | |
| ) | |
| Respondents. ) | |

## JOINT STATUS REPORT

The parties file this Joint Status Report pursuant to this Court's November 21, 2017, Order.

1. On August 19, 2013, the Capital Habeas Unit of the Federal Defender Office for the District of Delaware was appointed pursuant to 18 U.S.C. § 3599(a)(2) to represent Petitioner Juan Ortiz for the purpose of preparing and filing a habeas corpus petition. At the time of this federal appointment, the denial of Mr. Ortiz's motion for post-conviction relief was on appeal in the Supreme Court of the State of Delaware.

2. On March 20, 2014, the Delaware Supreme Court remanded Mr. Ortiz's case to the Delaware Superior Court for further post-conviction proceedings. Mr. Ortiz filed a supplemental motion for postconviction relief and, after an evidentiary hearing and additional briefing, the Superior Court ultimately denied relief on October 28, 2015.

1

3. On appeal in the Delaware Supreme Court, Mr. Ortiz's case was stayed pending the outcome of *Rauf v. State*, No. 39, 2016, 2016 WL 4224252 (Del. Aug. 2, 2016) (ruling Delaware's death penalty statute, 11 Del C. § 4209, unconstitutional) (citing *Hurst v. Florida*, 136 S. Ct. 616 (2016)). The stay in Mr. Ortiz's case was continued pending the Delaware Supreme Court's decision in *Derrick Powell v. State*, No. 310, 2016, on the retroactivity of *Rauf*. Once the Delaware Supreme Court issued its decision in *Powell*, 153 A.3d 69 (2016), the stay was lifted.

4. On February 21, 2017, the Delaware Superior Court vacated Mr. Ortiz's death sentence and imposed a sentence of life imprisonment without the benefit of parole or probation.

5. Briefing in the Delaware Supreme Court is now complete. On October 20, 2017, the Court granted Mr. Ortiz's unopposed motion to reschedule the December 13, 2017, oral argument date. The Court has not yet scheduled a new date for oral argument. Mr. Ortiz's state post-conviction proceeding therefore remains pending in the Delaware Supreme Court.

Respectfully submitted,

| | |
|---|---|
| **EDSON BOSTIC** | **STATE OF DELAWARE** |
| **FEDERAL PUBLIC DEFENDER** | **DEPARTMENT OF JUSTICE** |
| **DISTRICT OF DELAWARE** | |
| | |
| /s/ Tiffani Hurst | /s/ Elizabeth R. McFarlan (DE Bar #3759) |
| Tiffani D. Hurst | Elizabeth R. McFarlan |
| First Assistant Federal Defender | Chief of Appeals |
| & Chief of Capital Habeas Unit | 820 North French Street, 7th Floor |
| 800 North King Street, Suite 200 | Carvel State Building |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: 302-572-6010 | (302) 577-8500 |
| Facsimile: 302-573-6041 | elizabeth.mcfarlan@state.de.us |
| Tiffani_Hurst@fd.org | Counsel for Respondents |
| Counsel for Petitioner | |

Dated: November 29, 2017