IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUAN ORTIZ, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 13-1176-LPS |
| ROBERT M. COUPE, Commissioner, Delaware Department of Corrections, and DANA METZGER, Warden | : | |
| Respondents. | : | |

**ORDER**

At Wilmington this 11th day of December, 2017, IT IS ORDERED that:

1. The above captioned case is stayed pending the conclusion of Petitioner's post-conviction proceedings in the Delaware state courts.

2. Petitioner shall file a motion to lift the stay within 30 days of the conclusion of his state post-conviction proceedings.

_____
UNITED STATES DISTRICT JUDGE