## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUAN ORTIZ, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 1:13-cv-1176-LPS |
| | ) | |
| PERRY PHELPS, Commissioner, | ) | |
| Delaware Department of Corrections; and | ) | |
| DANA METZGER, Warden, James T. | ) | |
| Vaughn Correctional Center, | ) | |
| | ) | |
| Respondents. | ) | |

## UNOPPOSED MOTION TO LIFT
## STAY OF PROCEEDINGS

Juan Ortiz, through undersigned counsel, hereby requests that the Court lift the stay imposed in this case by Order dated December 11, 2017 and, in support thereof, avers as follows:

1. Previously the Court had granted Petitioner's request to proceed *in forma pauperis* and for the appointment of habeas counsel. *See* D.I. 1-2.

2. As Petitioner's post-conviction case had been proceeding in the courts of the State of Delaware, the Court stayed the proceedings by Order dated December 11, 2017. The Court directed Petitioner to seek leave to lift the stay after the state court proceedings had concluded. D.I. 13.

3. On January 11, 2018, the Delaware Supreme Court issued an Order denying Petitioner state post-conviction relief.

4. Pursuant to the Court's Order dated December 11, 2017, Petitioner requests that the Court lift the stay imposed on this case.

**Rule 7.1.1 Statement**

5. Counsel for Respondents, Elizabeth McFarlan, has authorized the undersigned to represent that Respondents do not oppose this motion.

WHEREFORE, Petitioner respectfully requests that the Court lift the stay imposed on this case.

    Respectfully submitted,

    LEIGH M. SKIPPER
    Chief Federal Defender

    */s/ Samuel J.B. Angell*
    SAMUEL J.B. ANGELL
    Assistant Federal Defender
    Federal Community Defender Office
     for the Eastern District of Pennsylvania
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106
    (215) 928-0520
    Samuel_Angell@fd.org

    EDSON A. BOSTIC
    Federal Public Defender
    District of Delaware

    */s/ Banafsheh Amirzadeh*
    Banafsheh Amirzadeh
    Assistant Federal Public Defender,

      Capital Habeas Unit
Office of the Federal Public Defender,
 District of Delaware
800 N. King Street, Suite 200
Wilmington, DE 19801
Tel: 302.442.6554
Banafsheh_Amirzadeh@fd.org


Counsel to Petitioner Juan Ortiz

Dated: February 12, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2018, the above document was served on the following individual by means of the Court's ECF system:

Elizabeth R. McFarlan
Chief of Appeals
Delaware Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8842

/s/ Samuel J.B. Angell
Samuel J.B. Angell