# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN ORTIZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:13-cv-1176-LPS |
| | ) |
| ROBERT M COUPLE Et. Al., | ) |
| | ) |
| Respondents. | ) |

## MOTION TO WITHDRAW

Now comes the Federal Public Defender Office for the District of Delaware and hereby requests that this Honorable Court grant this Motion to Withdraw from the representation of Juan Ortiz for the reasons listed in the Memorandum filed contemporaneously under seal. The Federal Community Defender Office for the Eastern District of Pennsylvania remains as counsel for Mr. Ortiz. Mr. Ortiz does not object to the withdrawal and this motion is unopposed.

Respectfully submitted,

EDSON A. BOSTIC
Federal Public Defender

By: /s/ Tiffani D. Hurst                .
First Assistant Federal Public Defender
Office of the Federal Public Defender
800 N. King Street, Suite 200
Wilmington, DE 19801
May 16, 2018                                     (302) 573-6010
Tiffani_Hurst@fd.org