IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN ORTIZ,                          :  | CIVIL ACTION |
|          Petitioner,                 :  | |
| v.                                   :  | No. 1:13-1176-LPS |
|                                      :  | |
| ROBERT M. COUPE, et al.,             :  | |
|          Respondents.                :  | |

## ORDER

AND NOW, this 18th day of May, 2018, upon consideration of Petitioner's Motion to File Under Seal; it is hereby ORDERED that Petitioner's Motion is granted.

Leonard P. Stark
Chief United States District Judge