IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JUAN ORTIZ,** | CIVIL ACTION |
| Petitioner, | No. 1:13-1176-LPS_ |
| v. | |
| **ROBERT M. COUPE,** et al., | |
| Respondents. | |

**ORDER**

AND NOW, this 18th day of May, 2018, upon consideration of Petitioner's Motion to Withdraw; it is hereby ORDERED that Petitioner's Motion is granted.

Leonard P. Stark
Chief United States District Judge