**FILED UNDER SEAL**
**MEMORANDUM IN SUPPORT OF**
**MOTION TO WITHDRAW**

1.    On August 19, 2013, after Mr. Ortiz's state capital conviction was final, this Court appointed the Office of the Federal Public Defender for the District of Delaware (Delaware FPD) to represent Mr. Ortiz in federal capital habeas proceedings. D. I. 1, 4. On November 12, 2013, due to the 60% capital habeas unit caseload increase without a corresponding staffing increase in the Delaware FPD capital habeas unit, this Court granted the Delaware FPD's unopposed motion to appoint the Federal Community Defender Office for the Eastern District of Pennsylvania (Philadelphia CDO) as co-counsel. D. I. 4-6. Ultimately, the federal matter was stayed pending the results of initial state post-conviction proceedings. D. I. 13.

2.    In 2016, the Supreme Court of Delaware ruled that the Delaware death penalty was unconstitutional. *Rauf v. Delaware*, 145 A.3d 430 (Del. 2016). In December 2016, the Delaware Supreme Court ruled that its holding in *Rauf* applied retroactively. *Powell v. State*, 153 A.3d 69 (Del. 2016). As a result, Mr. Ortiz's capital sentence was vacated and he was resentenced to life without the possibility of parole. On January 11, 2018, the Delaware Supreme denied Mr. Ortiz's remaining guilt phase claims, after which counsel for Mr. Ortiz filed an unopposed motion requesting this Court the lift the stay. D. I. 16. This Court granted the motion. D. I. 18. On February 12, 2018, Samuel Angell entered an appearance on behalf of the Philadelphia CDO ███ ████████████ ███████████████████

███████

3. The Philadelphia CDO drafted a Petition for Writ of Habeas Corpus and, on February 12, 2018, Mr. Angell filed this Petition, ███████████ ███████████ ███████████████████████████████████████.

4. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

6. As a result, the Federal Public Defender conferred with the Philadelphia CDO who agreed to assume full responsibility of Mr. Ortiz's case.

7. Undersigned counsel has communicated with Elizabeth McFarland, Chief Deputy Attorney General with the Delaware Department of Justice, regarding the motion to withdraw. Ms. McFarland represented that the State has no objection to this Court granting the request.

2

WHEREFORE, Tiffani D. Hurst, First Assistant Federal Public Defender for the District of Delaware, respectfully requests that this Court grant the instant motion, and enter an order allowing the Delaware FPD to withdraw a counsel from this habeas matter.

                                                      Respectfully submitted,

                                                      EDSON A. BOSTIC
                                                    Federal Public Defender

                        By:     /s/ Tiffani D. Hurst             .
                                                    First Assistant Federal Public Defender
                                                    Office of the Federal Public Defender
                                                    800 N. King Street, Suite 200
                                                    Wilmington, DE 19801
May 16, 2018                             (302) 573-6010
                                                    Tiffani_Hurst@fd.org